■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AHMED ROBINSON, Appellant. [778 NYS2d 285]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered February 27, 2003, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention regarding the preliminary instructions given to the jury (*see People v Hickey,* 133 AD2d 421 [1987]). In any event, such instructions eventually were given and adequately conveyed to the jury its function, duties, and conduct (*see* CPL 270.40; *People v Fleming,* 270 AD2d 498 [2000]; *People v Moore,* 161 AD2d 733 [1990]).

The defendant's contention that the prosecutor vouched for his own witnesses is also unpreserved for appellate review (*see*

CPL 470.05; *People v Halm,* 81 NY2d 819 [1993]). In any event, the prosecutor's statements constituted fair responses to remarks made by the defense counsel during summation (*see People v Halm, supra* at 821; *People v Ashwal,* 39 NY2d 105 [1976]; *People v Clinton,* 5 AD3d 501 [2004]; *People v Ryant,* 278 AD2d 345 [2000]). H. Miller, J.P., Goldstein, Luciano and Spolzino, JJ., concur.